# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00679-CV

**Bruce Mansbridge, Ph.D. and The Austin Center for the Treatment of Obsessive-Compulsive Disorder, PLLC, Appellants**

**v.**

**Jane Doe, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. D-1-GN-12-000815, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. They state that the appeal is moot because the trial court dismissed the underlying litigation with prejudice on July 1, 2013. Accordingly, we grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed: July 12, 2013